| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Donald Iwuchuku, Esq.   181726 CA**<br>**LAW OFFICES OF DONALD IWUCHUKU**<br>**2600 W. Olive Ave., Ste 500**<br>**Burbank, CA 91505**<br>**818.335.5035 Fax: 888.441.8493**<br>**donaldiwuchuku@gmail.com**<br><br>☐ *Individual appearing without attorney*<br>☑ *Attorney for:*   **DEBTOR** | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>           **Lilia Euyoque Galvan**<br><br><br><br><br><br><br><br>                                                           Debtor(s). | CASE NO: **2:23-bk-11108-WB**<br><br>CHAPTER   **13**<br><br>**NOTICE OF MOTION AND MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE**<br>(with supporting declarations)<br><br>DATE:   **3/28/2023**<br>TIME:   **10:00 a.m.**<br>COURTROOM:   **1375**<br>PLACE:   **255 E. Temple St., Los Angeles, CA 90012** |

**Movant:**   **LILIA EUYOQUE GALVAN**

1. NOTICE IS HEREBY GIVEN to **SN SERVICING CORPORATION** (Secured Creditor/Lessor), trustee (if any), and affected creditors (Responding Parties), their attorneys (if any), and other interested parties that on the above date and time and in the stated courtroom, Movant in the above-captioned matter will move this court for an order imposing a stay or continuing the automatic stay as to certain creditors and actions described in the motion on the grounds set forth in the attached motion.

2. **Hearing Location:**

   ☑ **255 East Temple Street, Los Angeles, CA 90012**      ☐ **411 West Fourth Street, Santa Ana, CA 92701**
   ☐ **21041 Burbank Boulevard, Woodland Hills, CA 91367**      ☐ **1415 State Street, Santa Barbara, CA 93101**
   ☐ **3420 Twelfth Street, Riverside, CA 92501**

3. a.  ☑   This Motion is being heard on REGULAR NOTICE pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response to this motion with the court and serve a copy of it upon the Movant's attorney (or upon Movant, if the motion was filed by an unrepresented individual) at the address set forth above no less than 14 days before the above hearing and appear at the hearing of this motion.

   b.  ☐   This motion is being heard on SHORTENED NOTICE. If you wish to oppose this motion, you must appear at the hearing. Any written response or evidence must be filed and served: ☐ at the hearing   ☐ at least ___ days before the hearing.

      (1)  ☐   An Application for Order Setting Hearing on Shortened Notice was not required (according to the calendaring procedures of the assigned judge).

      (2)  ☐   An Application for Order Setting Hearing on Shortened Notice was filed per LBR 9075-1(b) and was granted by the court and such motion and order has been or is being served upon the appropriate creditor(s) and trustee, if any.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                                         Page 1                                        **F 4001-1.IMPOSE.STAY.MOTION**

    (3) ☐ An Application for Order Setting Hearing on Shortened Notice has been filed and remains pending. Once the court has ruled on that motion, you will be served with another notice or an order that will specify the date, time and place of the hearing on the attached motion and the deadline for filing and serving a written opposition to the motion.

4. You may contact the Clerk's Office or use the court's website (www.cacb.uscourts.gov) to obtain a copy of an approved court form for use in preparing your response (optional court form F 4001-1.RESPONSE), or you may prepare your response using the format required by LBR 9004-1 and the Court Manual.

5. If you fail to file a written response to the motion or fail to appear at the hearing, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Date: **March 6, 2023**

**Law Offices of Donald Iwuchuku**
Printed name of law firm (if applicable)

**Donald Iwuchuku, Esq.**
Printed name of individual Movant or attorney for Movant

**/s/ Donald Iwuchuku, Esq.**
Signature of individual Movant or attorney for Movant

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*     Page 2     **F 4001-1.IMPOSE.STAY.MOTION**

# MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE

**Movant:** <u>LILIA EUYOQUE GALVAN</u>

1. **The Property or Debt at Issue:**
   a. ☑ Movant moves for an order imposing a stay with respect to the following property (Property):
   
   ☐ Vehicle *(describe year, manufacturer, type, and model)*:
   Vehicle Identification Number:
   Location of vehicle *(if known)*:
   
   ☐ Equipment *(describe manufacturer, type, and characteristics):*
   Serial number(s):
   
   Location *(if known)*:
   
   ☐ Other Personal Property *(describe type, identifying information, and location):*
   
   ☑ Real Property
   Street Address: **26438 Kipling Place**
   Apt./Suite No.:
   City, State, Zip Code: **Stevenson Ranch, CA 91381**
   Legal description or document recording number(include county of recording): **APN: 2826-111-039**
   
   ☐ See attached continuation page

   The following creditor(s) have a security interest or unexpired lease in this Property (give full name and address of creditor) **SN SERVICING CORPORATION** to secure the sum of approximately $ **469,460.42** now owed. (Secured Creditor/Lessor). Additional creditors who are the subject of this motion, and their respective claims, addresses and collateral, are described on the continuation sheets attached. (*Attach additional sheets as necessary*)

   b. ☐ Movant moves for an order **imposing a stay** with respect to *any and all actions* against the Debtor and the estate taken concerning the debt/lease owed to the <u>Secured Creditors/Lessors</u> as described in this motion; and/or

   c. ☐ Movant moves for an order **imposing a stay** as to *all creditors.*

   d. ☑ Movant moves for an order **continuing the automatic stay** with respect to any and all actions against the Debtor and the estate taken concerning the debt/lease owed to the <u>Secured Creditor/Lessor</u>, and/or

   e. ☑ Movant moves for an order **continuing the automatic stay** as to *all creditors*.

2. **Case History:**
   a. ☑ A voluntary  ☐ An involuntary petition concerning an individual[s] under chapter  ☐ 7  ☐ 11  ☐ 12
      ☑ 13 was filed concerning the present case on *(specify date)*: 2/28/2023

   b. ☐ An Order of Conversion to Chapter  ☐ 7  ☐ 11  ☐ 12  ☐ 13 was entered on *(specify date)*:

   c. ☐ Plan was confirmed on *(specify date)*:

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 3                           **F 4001-1.IMPOSE.STAY.MOTION**

    d. ☑ Other bankruptcy cases filed by or against this Debtor have been pending within the past year preceding the petition date in this case. These cases and the reasons for dismissal are:

        1. Case name: **In re Lilia Euyoque Galvan**
           Case number: **2:22-bk-14011-WB**      Chapter: **13**
           Date Filed: **7/25/2022**      Date dismissed: **2/02/2023**
           Relief from stay re this Property   ☐ was   ☑ was not granted
           Reason for dismissal: Debtor failed to turnover tax returns to Chapter 13 Trustee within 120-days post-petition

        2. Case name:
           Case number:      Chapter:
           Date Filed:      Date dismissed:
           Relief from stay re this Property   ☐ was   ☐ was not granted
           Reason for dismissal:

        ☐ See attached continuation page

    e. ☐ As of the date of this motion the Debtor ☐ has ☐ has not filed a statement of intentions regarding this Property as required under 11 U.S.C. §521(a)(2). If a statement of intentions has been filed, Debtor ☐ has ☐ has not performed as promised therein.

    f. ☑ The first date set for the meeting of creditors under 11 U.S.C §341(a) is/was **4/13/2023** and the court ☐ has ☑ has not fixed a later date for performance by Debtor of the obligations described at 11 U.S.C.§521(a)(2). The extended date *(if applicable)* is __.

    g. ☐ In a previous case(s), as of the date of dismissal there was:
        ☐ an action by the Secured Creditor/Lessor under 11 U.S.C. §362(d) still pending or
        ☐ such action had been resolved by an order terminating, conditioning or limiting the stay as to such creditor.

3. The equity in the property is calculated as follows:

   a)
      1. Property description/value: **26438 Kipling Pl., Stevenson Ranch, CA 91381**     $ **1,176,236.00**
      2. Creditor/Lien amount: **SN Servicing Corporation**     $ **469,460.42**
      3. Creditor/Lien amount:__     $__
      4. Creditor/Lien amount:__     $__
      5. Creditor/Lien amount:__     $__
      6. Total Liens     $ **469,460.42**
      7. Debtor's Homestead Exemption     $ **626,400.00**
      8. Equity in the Property (subtract lines 6 and 7 from line 1 and enter here)     $__

   b)
      1. Propery description/value:__     $__
      2. Creditor/Lien amount:__     $__
      3. Creditor/Lien amount:__     $__
      4. Creditor/Lien amount:__     $__
      5. Creditor/Lien amount:     $__
      6. Total Liens     $__
      7. Debtor's Homestead Exemption     $__
      8. Equity in the Property (subtract lines 6 and 7 from line 1 and enter here)     $__

    ☐ See attached continuation page

4. **Grounds for Continuing the Stay:**

   a. ☑ Pursuant to 11 U.S.C. § 362(c)(3) the stay should be continued on the following grounds:

   1. ☑ The present case was filed in good faith notwithstanding that a prior single or joint case filed by or against the individual Debtor which was pending within the year preceding the petition date was dismissed, because:

      A. ☑ The prior dismissal was of a case not refiled under chapter 7 after dismissal under 11 U.S.C.§707(b);

      B. ☑ Good faith is shown because  **(See Debtor's Declaration).**

      ☐ See attached continuation page

   2. ☑ The Property is of consequential value or benefit to the estate because:

      A. ☑ The fair market value of the Property is greater than all liens on the Property as shown above in paragraph 3 and as supported by declarations attached *(describe separately as to each property);*.

      B. ☑ The Property is necessary to a reorganization for the following reasons:  **(See Debtor's Declaration).**

      ☐ See attached continuation page

      C. ☑ The Secured Creditor/Lessor's interest can be adequately protected by (describe Movant's proposal for adequate protection:)  **(See Debtor's Declaration).**

      ☐ See attached continuation page

   3. ☑ The presumption of a bad faith filing under 11 U.S.C.§362(c)(3)(C)(i) is overcome in this case as to *all creditors* because:

      A. ☑ The prior dismissal was pursuant to the creation of a debt repayment plan. 11 U.S.C.§362(i);

      B. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting in dismissal was excusable because such failure was caused by the negligence of Debtor's attorney;

      C. ☑ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting dismissal was excusable because  **(See Debtor's Declaration).**

      ☐ See attached continuation page

    D. ☐ Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because __

    ☐ See attached continuation page

    E. ☐ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because __

    ☐ See attached continuation page

    F. ☑ There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows:  **(See Debtor's Declaration).**

    From this, the court may conclude that this case, if a case under chapter 7, will result in a discharge or, if under chapter 11 or 13, in a confirmed plan that will be fully performed.

    ☐ See attached continuation page

    G. ☑ For the following additional reasons  **(See Debtor's Declaration).**

    ☐ See attached continuation page

4. ☑ The presumption of a bad faith filing as to the Secured Creditor/Lessor under 11 U.S.C.§362(c)(3)(C)(ii) is overcome in this case because  **(See Debtor's Declaration).**

    ☐ See attached continuation page

5. **Grounds for Imposing a Stay:**

    a. ☐ Pursuant to 11 U.S.C.§362(c)(4) this case was filed in good faith and grounds exist for imposing a stay as follows:

        1. ☐ The Property is of consequential value or benefit to the estate because the fair market value of the Property is greater than all liens on the property as shown above in paragraph 3 and as supported by declarations attached.

2. ☐ The Property is of consequential value or benefit to the estate because the Property is necessary to a reorganization for the following reasons: __.

☐ See attached continuation page

3. ☐ The Secured Creditor/Lessor's interest can be adequately protected by *(describe Movant's proposal for adequate protection)*: __

☐ See attached continuation page

b. ☐ The present case was filed in good faith notwithstanding that the prior single or joint cases filed by or against the individual Debtor pending within the year preceding the petition date were dismissed, because:

1. ☐ The prior dismissal was of a case not refiled under chapter 7 after dismissal under 11 U.S.C.§707(b);

2. ☐ Good faith is shown because __

☐ See attached continuation page

c. ☐ The presumption of a bad faith filing under 11 U.S.C.§362(c)(4)(D)(i) is overcome in this case as to *all creditors* because:

1. ☐ Debtor had a substantial excuse in failing to file or amend the petition or other documents as required by the court or Title 11 of the United States Code, resulting in the prior dismissal(s) as follows: __

☐ See attached continuation page

2. ☐ Debtor's failure to file or amend the petition or other documents as required by the court or Title 11 of the United States Code and resulting dismissal was as the result of the negligence of Debtor's attorney;

3. ☐ Debtor's failure to provide adequate protection as ordered by the court in the prior case is excusable because __

☐ See attached continuation page

    4. ☐ Debtor's failure to perform the terms of a confirmed plan in the prior case is excusable because __

        ☐ See attached continuation page

    5. ☐ There has been a substantial change in the personal or financial affairs of the Debtor since the dismissal of the prior case(s) as follows: __

(from which the Court may conclude that this case, if a case under chapter 7, may be concluded with a discharge or, if under chapter 11 or 13, with a confirmed plan that will be fully performed).

        ☐ See attached continuation page

    6. ☐ For the following additional reasons __

        ☐ See attached continuation page

    7. ☐ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C.§362(c)(4)(D)(ii) is overcome in this case because __

        ☐ See attached continuation page

6. **Evidence in Support of Motion:** *(Important Note: Declaration(s) in support of the Motion MUST be attached hereto).*

    a. ☑ Movant submits the attached Declaration(s) on the court's approved forms (if applicable) to provide evidence in support of this Motion pursuant to LBRs.

    b. ☐ Other Declaration(s) are also attached in support of this Motion

    c. ☐ Movant requests that the court consider as admissions the statements made by Debtor under penalty of perjury concerning Movant's claims and the Property set forth in Debtor's(s') Schedules. Authenticated copies of the relevant portions of the Schedules are attached as Exhibit __.

    d. ☐ Other evidence *(specify)*: __

7. ☐ **An optional Memorandum of Points and Authorities is attached to this Motion.**

**WHEREFORE, Movant prays that this Court issue an Order Imposing a Stay and granting the following** *(specify forms of relief requested)*:

1. ☑ That the Automatic Stay be continued in effect as to all creditors until further order of the court.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*          Page 8        **F 4001-1.IMPOSE.STAY.MOTION**

2. ☑ That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

3. ☑ That the Automatic Stay be continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

4. ☐ That a Stay be imposed as to all creditors until further order of the court..

5. ☐ That a Stay be imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

6. ☐ That a Stay be imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.

7. ☐ For adequate protection of the Secured Creditor/Lessor by *(specify proposed adequate protection)* __

8. ☐ For other relief requested, see attached continuation page.

Date: **March 6, 2023**

Respectfully submitted,
**LILIA EUYOQUE GALVAN**
Movant Name
**Law Offices of Donald Iwuchuku**
Firm Name of attorney for Movant (if applicable)

**/s/ Donald Iwuchuku, Esq.**
Signature
**Donald Iwuchuku, Esq.**
Printed Name of Individual Movant or Attorney for Movant

## DECLARATION OF MOVANT

I **Donald Iwuchuku, Esq.**, am the **attorney** of Movant. I have read the foregoing motion consisting of **15** pages, and the attached materials incorporated therein by reference. If reference is made to balances owing, my testimony regarding same is based upon the business records of Movant kept in the ordinary course of business of Movant by persons whose responsibility it is to accurately and faithfully record information as to the Debtor's account on or near the date of events recorded. I am one of the custodians of such business records.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| **March 6, 2023** | **Donald Iwuchuku, Esq.** | **/s/ Donald Iwuchuku, Esq.** |
|---|---|---|
| *Date* | *Printed name of declarant* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 9    **F 4001-1.IMPOSE.STAY.MOTION**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**2600 W. Olive Ave., Ste 500**
**Burbank, CA 91505**

A true and correct copy of the foregoing document entitled (*specify*):   **Notice of Motion and Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate**   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  **3/06/2023**  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Nancy K Curry (TR)**
**TrusteeECFMail@gmail.com**

**Donald E Iwuchuku on behalf of Debtor Lilia Euyoque Galvan**
**donaldiwuchuku@gmail.com, r60703@notify.bestcase.com**

**United States Trustee (LA)**
**ustpregion16.la.ecf@usdoj.gov**

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**: On (*date*) **3/06/2023**   , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Lilia Euyoque Galvan**
**26438 W. Kipling Pl.**
**Stevenson Ranch, CA 91381**

**Antonio Galvan**
**26438 W. Kipling Pl.**
**Stevenson Ranch, CA 91381**

**Prestige Default Services LLC**
**c/o Michelle Ghidotti**
**1920 Old Tustin Ave.**
**Santa Ana, CA 92705**

**SN Servicing Corporation**
**323 5th Street**
**Eureka, CA 95501**

**SN Servicing Corporation**
**Attn:  Robin P. Arkley II, CEO**
**13702 Coursey Blvd., Building 1A**
**Baton Rouge, LA  70817**

**SN Servicing Corporation**
**c/o CSC - Lawyers Incorporating Service**
**2710 Gateway Oaks Drive, #150N**
**Sacramento, CA  95833**

**California Dept of Tax & Fee Admin**
**Collections Support Bureau, MIC: 55**
**P.O. Box 942879**
**Sacramento CA 94279-0055**

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012* — Page 10 — **F 4001-1.IMPOSE.STAY.MOTION**

**Hon. Julia W. Brand**
**U.S. BANKRUPTCY COURT JUDGE**
**255 E. Temple Street, Suite 1382 / Courtroom 1375**
**Los Angeles, CA 90012**

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **March  6, 2023** | **Donald Iwuchuku, Esq.** | **/s/ Donald Iwuchuku, Esq.** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

Donald Iwuchuku, Esq.
**LAW OFFICES OF DONALD IWUCHUKWU**
2600 W. Olive Ave., Ste 500
Burbank, CA 91505
Tel: 818-335-5035
Fax: 888-441-8493
Email: donaldiwuchuku@gmail.com
SBN: 181726

DONALD E. IWUCHUKU, Esq.
Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br><br>LILIA EUYOQUE GALVAN,<br><br>                                  Debtor(s). | Case No.: 2:23-bk-11108-WB<br><br>Chapter 13<br><br>**DECLARATION OF LILIA EUYOQUE GALVAN IN SUPPORT OF MOTION TO IMPOSE/CONTINUE THE AUTOMATIC STAY**<br><br>Date:   3/28/2023<br>Time:  10:00 AM<br>Crtm:  1375<br>Place:  255 E. Temple St., (Zoom.Gov)<br>           Los Angeles, CA 90012 |

I, LILIA EUYOQUE GALVAN, declare as follows:

1. That I am the debtor in this case filed with this Honorable Court on 2/28/2022.

2. This is the 2nd bankruptcy pending within the last 12-months.

3. My prior bankruptcy case was a Chapter 13 case filed on 7/25/2022, assigned case number 2:22-bk-14011-WB ("prior BK").

4. My prior BK was dismissed on 2/02/2023 because I failed to timely turnover my 2020- and 2021- income tax returns to the Chapter 13 Trustee ("Trustee").

5. During my prior BK, I remained current with my Chapter 13 Plan payments and post-petition mortgage payments.

6. I was unable to meet with my tax preparer timely to prepare and file my required tax returns which was the reason why I did not submit my tax returns to the Trustee within 120-days of filing my prior BK.

7. I have now prepared and filed my 2020 tax returns. I have prepared and shall file my 2021 tax returns on or before March 10, 2023. I shall turnover these tax returns to the Trustee forthwith.

8. The subject real property is commonly known as 26438 W. Kipling Place, Stevenson Ranch, CA 91381 ("subject property").

9. Based on my knowledge and reasonable belief, I thereon allege that the subject property's fair market value is approximately $1,176,236.00. I owe approximately $469,460.42 to the mortgage lender. Thus, the subject property has approximately $706,775.58 in equity.

10. My affairs are now in order, and I reasonably believe I have proposed my Plan in good faith and able to provide for a feasible and confirmable Plan.

11. I pray this Court considers the change in circumstances as mentioned hereinabove and grants my Motion to Continue the Automatic Stay.

I declare under penalty of perjury under the laws of California that the above is true and correct and that this declaration was completed this 6th day of March 2023 in Burbank, California.

    ___(see attached)_____
    LILIA EUYOQUE GALVAN

I was unable to meet with my tax preparer timely to prepare and file my required tax returns which was the reason why I did not submit my tax returns to the Trustee within 120-days of filing my prior BK. I have now prepared and filed my 2020 tax returns. I have prepared and shall file my 2021 tax returns on or before March 10, 2023. I shall turnover these tax returns to the Trustee forthwith.

The subject real property is commonly known as 26438 W. Kipling Place, Stevenson Ranch, CA 91381 ("subject property").

Based on my knowledge and reasonable belief, I thereon allege that the subject property's fair market value is approximately $1,176,236.00. I owe approximately $469,460.42 to the mortgage lender. Thus, the subject property has approximately $706,775.58 in equity.

My affairs are now in order, and I reasonably believe I have proposed my Plan in good faith and able to provide for a feasible and confirmable Plan.

I pray this Court considers the change in circumstances as mentioned hereinabove and grants my Motion to Continue the Automatic Stay.

I declare under penalty of perjury under the laws of California that the above is true and correct and this declaration was completed this 6th day of March 2023 in Burbank, California.

_____
LILIA EUYOQUE GALVAN

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0973-2<br>Case 2:23-bk-11108-WB<br>Central District of California<br>Los Angeles<br>Mon Mar  6 14:59:44 PST 2023 | Employment Development Dept<br>Bankruptcy Group MIC 92E<br>P.O. Box 826880<br>Sacramento, CA 94280-0001 | Franchise Tax Board<br>Bankruptcy Section MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 |
| (p)OFFICE OF  FINANCE   CITY OF LOS ANGELES<br>200 N SPRING ST RM 101 CITY HALL<br>LOS ANGELES CA 90012-3224 | Los Angeles Division<br>255 East Temple Street,<br>Los Angeles, CA 90012-3332 | Antonio Galvan<br>26438 W. Kipling Pl.<br>Stevenson Ranch, CA 91381-1140 |
| California Dept of Tax & Fee Admin<br>Collections Support Bureau, MIC: 55<br>P.O. Box 942879<br>Sacramento, CA 94279-0055 | Prestige Default Services<br>1920 Old Tustin Ave.<br>Santa Ana, CA 92705-7811 | (p)SN SERVICING CORPORATION<br>323 FIFTH ST<br>EUREKA CA 95501-0305 |
| United States Trustee (LA)<br>915 Wilshire Blvd, Suite 1850<br>Los Angeles, CA 90017-3560 | Donald E Iwuchuku<br>Law Offices of Donald Iwuchuku<br>2600 W. Olive Ave.<br>Ste 500<br>Burbank, CA 91505-4572 | Lilia Euyoque Galvan<br>26438 W. Kipling Pl.<br>Stevenson Ranch, CA 91381-1140 |
| Nancy K Curry (TR)<br>1000 Wilshire Blvd., Suite 870<br>Los Angeles, CA 90017-2466 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Los Angeles City Clerk<br>P.O. Box 53200<br>Los Angeles, CA 90053-0200 | SN Servicing Corporation<br>323 5th Street<br>Eureka, CA 95501 | End of Label Matrix<br>Mailable recipients    12<br>Bypassed recipients     0<br>Total                  12 |