Erica Loftis, Esq. (SBN 259286)
Kelli M. Brown, Esq. (SBN 328176)
GHIDOTTI | BERGER LLP
1920 Old Tustin Ave.
Santa Ana, CA 92705
Ph: (949) 427-2010
Fax: (949) 427-2732
bknotifications@ghidottiberger.com

Attorney for Secured Creditor,
U.S Bank Trust National Association as Trustee of Tiki Series IV Trust, its successors and/or assigns

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| | |
|---|---|
| In Re:<br><br>Lilia Euyoque Galvan,<br><br>      Debtor. | CASE NO.: 2:23-bk-11108-WB<br><br>CHAPTER 13<br><br>**OPPOSITION TO DEBTOR'S MOTION IN INDIVIDUAL CASE FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY AS THE COURT DEEMS APPROPRIATE**<br><br>Date: March 28, 2023<br>Time: 10:00 a.m.<br>Courtroom: 1375<br>Location: 255 E Temple St., Los Angeles, CA 90012<br><br>Judge Julia W. Brand |

**TO THE HONORABLE JULIA W. BRAND, UNITED STATES BANKRUPTCY COURT JUDGE, THE CHAPTER 13 TRUSTEE, THE DEBTOR, THE DEBTOR'S COUNSEL, AND OTHER INTERESTED PARTIES:**

      U.S Bank Trust National Association as Trustee of Tiki Series IV Trust, successors and/or assignees, ("Secured Creditor") in the above-entitled Bankruptcy proceeding, hereby

Opposition

opposes Debtor's Motion in Individual Case for Order Imposing a Stay or Continuing the Automatic Stay as the Court Deems Appropriate ("Motion").  Secured Creditor's opposition is based upon the following memorandum of points and authorities, any supplemental pleadings filed by the parties, and any oral argument presented at the hearing on the Motion.

## I.  **INTRODUCTION**

Secured Creditor held a first priority deed of trust on the property commonly known as 26438 Kipling Place, Stevenson Ranch, California 91381 ("Property").  Lilia Euyoque Galvan ("Debtor") filed the instant bankruptcy petition on February 28, 2023 at 2:07pm, which is her second case in the last year.  Debtor now moves for this Court to extend the automatic stay as to Secured Creditor and the Property pursuant to 11 U.S.C. § 362(c)(3).  However, Secured Creditor opposes Debtor's Motion and request to extend the stay as requested by Debtor on the basis that the Property was sold third party at a valid foreclosure sale held on February 28, 2023 at 11:00am, which was before the Debtor re-filed her case.  As such, there was no automatic stay in place at the time of the sale and Secured Creditor contends that its sale is valid.  Secured Creditor also intends to proceed with filing a Motion for Relief from Stay in order for it to proceed with recording its Trustee's Deed Upon Sale.  Additionally, Secured Creditor contends that Debtor has also failed to rebut the presumption that her instant filing was filed in good faith pursuant to 11 U.S.C. § 362(c)(3)(C)(i)(III). Based on the foregoing reasons and the reasons set forth in further detail below, Secured Creditor respectfully requests the Debtor's Motion be denied.

## II.  **STATEMENT OF FACTS**

1.  On or about June 28, 2022, the foreclosure sale originally scheduled for that same day at 11:00am was postponed to July 27, 2022 at 11:00am.  A true and correct copy of the postponement is attached hereto as Exhibit "1".

2.  On July 25, 2022, Debtor filed bankruptcy under chapter 13 in the Central District of California, Los Angeles Division as case number 2:22-bk-14011-WB ("First Case").

3.  On or about July 26, 2022, the foreclosure sale scheduled for July 27, 2022 at 11:00am

2

was postponed to August 30, 2022 at 11:00am due to Debtor's bankruptcy filing.  A true and correct copy of the postponement is attached hereto as Exhibit "2".

4.   On or about August 17, 2022, the foreclosure sale scheduled for August 30, 2022 at 11:00am was postponed to November 29, 2022 at 11:00am due to Debtor's bankruptcy.  A true and correct copy of the postponement is attached hereto as Exhibit "3".

5.   On or about November 22, 2022, the foreclosure sale scheduled for November 29, 2022 at 11:00am was postponed to December 29, 2022 at 11:00am due to Debtor's bankruptcy.  A true and correct copy of the postponement is attached hereto as Exhibit "4".

6.   On November 10, 2022, Secured Creditor filed a Motion for Relief ("MFR") requesting relief from stay pursuant to 11 U.S.C. § 362(d)(1), specifically due to Debtor's failure to make post-petition payments.  At the time the Motion was filed, Debtor had not made a single post-petition payment and was in post-petition arrears in the amount of $13,381.12.  *See* Docket Entry No. 21.

7.   On December 6, 2022, Secured Creditor withdrew its MFR on the basis that Debtor had made payments to cure the post-petition arrearage set forth in the MFR.  *See* Docket Entry No. 25.

8.   On or about December 16, 2022, the foreclosure sale scheduled for December 29, 2022 at 11:00am was postponed to February 28, 2023 at 11:00am due to Debtor's bankruptcy.  A true and correct copy of the postponement is attached hereto as Exhibit "5".

9.   On February 2, 2023, Debtor's First Case was dismissed.

10. On February 28, 2023 at approximately 11:00am, Secured Creditor proceeded with its scheduled foreclosure sale as evidenced in the postponement described in paragraph 6 of this Opposition.  On the same day at 2:07pm, Debtor filed bankruptcy under chapter 13 in the Central District of California, Los Angeles Division as case number 2:23-bk-11108-WB ("Second Case").

11. On March 6, 2023, Debtor filed this Motion to extend the automatic stay as to Secured Creditor and the Property.  A hearing is currently scheduled for March 28, 2023.

3

# III. ARGUMENT

### a. Debtor's Motion Should be Denied Because the Property was Sold at a Valid Foreclosure Sale Held Prior to the Re-filing of Debtor's Second Case.

Secured Creditor opposes Debtor's Motion on the basis that a foreclosure sale was held prior to Debtor re-filing her Second Case and, thus, the sale is valid.  Secured Creditor sent multiple postponement notices to Debtor, who had actual notice of the foreclosure sale that was scheduled to be held on February 28, 2023 at 11:00am.  Although Debtor re-filed her Second Case on the same day as the foreclosure sale took place, Debtor did not file until 2:07pm, which was after the foreclosure sale was held.  Thus, no stay was triggered prior to the foreclosure sale taking place.  As such, Secured Creditor maintains that its foreclosure sale is valid and, as a result, Debtor's Motion requesting continuation of the stay as to Secured Creditor and the Property is moot.  Secured Creditor intends to proceed with a Motion for Relief from the Automatic Stay subsequent to this Opposition in order for it to be able to proceed with recording the Trustee's Deed Upon Sale.

### b. Debtor's Motion Should be Denied Because She has Failed to Rebut the Presumption that her Second Case was Not Filed in Good Faith.

Additionally, pursuant to 11 U.S.C. § 362(c)(3), if a single case is filed by a debtor who is an individual in a case under chapter 13, and if a single case of the debtor was pending within the preceding 1-year period but was dismissed, the stay under subsection (a) with respect to any action taken with respect to a debt or property securing such debt shall terminate with respect to the debtor on the 30th day after the filing of the later case.  Additionally, a court may extend the automatic stay only if the party in interest demonstrates that the filing of the later case is in good faith as to the creditors to be stayed.  11 U.S.C. § 362(c)(3)(B).  A case is presumptively not filed in good faith if there has not been a substantial change in the financial or personal affairs of the debtor since the dismissal of the next most previous case. 11 U.S.C. § 362(c)(3)(C)(i)(III).

Aside from Secured Creditor's opposition to the Motion based on its valid foreclosure

4

sale that was held prior to Debtor re-filing the Second Case, Secured Creditor also opposes the Motion on the basis that Debtor has not demonstrated that her Second Case was filed in good faith on the basis that there has been no substantial change between Debtor's First Case and her Second Case. Debtor's declaration attached to her Motion states that her First Case was dismissed because she was not able to provide her tax returns to the Trustee within the required time frame. Debtor states that she just barely had her 2020 tax returns prepared and is working on having her 2021 tax returns prepared. It calls to question why Debtor didn't have these completed in the first place and is just doing 2020 three years later and what about 2022? Furthermore, Debtor's Schedules I and J in her First Case show a disposable income in the amount of $3,593.80. Debtor's Schedules I and J in her Second Case actually show a slightly less amount of $3,494.72. Lastly, Debtor's Chapter 13 Plan in her First Case proposed to repay the pre-petition arrears owed to Secured Creditor as well as maintain post-petition monthly mortgage payments. Unsurprisingly, Debtor's Chapter 13 Plan in her Second Case proposes the same treatment. As a result, Debtor has failed to rebut the presumption that her Second Case was not filed in good faith since there has not been a substantial change in the financial or personal affairs of Debtor since the dismissal of her First Case.

## IV. <u>CONCLUSION</u>

Based on the foregoing, Secured Creditor respectfully requests that the Court deny Debtor's Motion.

Dated:                                                    GHIDOTTI | BERGER LLP


                                                          /s/ Kelli Brown, Esq.
                                                          Kelli Brown, SBN 328176
                                                          Counsel for Secured Creditor

5

# EXHIBIT "1"

**MK CONSULTANTS, INC.**
*Service Before And After The Sale!*
One West Deer Valley, Suite 103 • Phoenix, AZ 85027
Toll Free: 877-440-4460 • Fax: 623-434-5576

# CERTIFICATE OF POSTPONEMENT

Trustee Sale #:      **21-5670**      Trustee:      **Prestige Default Services, LLC**

Trustor:      **Galvan, Lilia Euyogue**

THIS IS TO CERTIFY that on **June 28, 2022,** at the hour of **11:00 a.m.**, at the same place as originally fixed by the Trustee in the Notice of Trustee's Sale, city of **Pomona,** County of **Los Angeles**, State of **California**, **Ana Haley**, did in their capacity as an authorized agent of said Trustee, postpone the holding of the Trustee's Sale scheduled for said time and place, at the same place designated in the Notice of Trustee's Sale in said manner.

Such postponement was given declaration wherein it was announced that the new date of the sale is **July 27, 2022** and the new time of the sale is **11:00 a.m.**, and the place of sale is the place as thereafter fixed by the Trustee in the Notice of Trustee's Sale.

FURTHER, it was announced that the reason for the postponement was: **Client Request**

I certify under the penalty of perjury that the foregoing is true and correct.

_____
Ana Haley                                    Date: **June 28, 2022**

# EXHIBIT "2"

# DECLARATION OF MAILING

**iMailTracking, LLC**
9620 Ridgehaven Court, Suite A
San Diego, CA  92123

Reference No:          21-5670
Mailing Number:        0024288-01
Type of Mailing:       CAPPNTC

I, _____**Charlene Broussard**_____, declare as follows:

I am, and at all times herein mentioned, a citizen of the United States, over the age of eighteen years and a resident of San Diego County, California. I am not a party to the action/matter identified in the document(s) referenced below. My business address is iMailTracking, LLC, 9620 Ridgehaven Ct., Ste. A, San Diego, CA 92123.

At the request of Prestige Default Services on 7/27/2022, I deposited in the United States mail a copy of the attached document(s), in separate sealed envelopes, in accordance with the checked mailing classes listed below, postage prepaid, to the address list in Exhibit A which is attached hereto and made a part hereof.

☒ First Class
☐ Certified
☐ First Class with Certificate of Mailing
☐ Certified with Return Receipt
☐ Certified with Return Receipt and Restricted Delivery
☒ Certified with Electronic Return Receipt
☐ Registered
☐ Registered International

Additional Services provided during the production of this mail order (if any):

None

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date and Location: 7/27/2022 San Diego, California

Charlene Broussard, Mail Production Specialist, iMailTracking, LLC

**Prestige Default Services, LLC**
**1920 Old Tustin Ave.**
**Santa Ana, California 92705**
**949-427-2010**

### NOTICE TO BORROWER OF POSTPONEMENT OF TRUSTEE'S SALE

**July 26, 2022**

Re:    T.S. Number:      **21-5670**
       Property Address:  **26438 KIPLING PL**
                          **STEVENSON RANCH, CA 91381**

You are hereby notified that the above-referenced Trustee's Sale previously scheduled for **7/27/2022** at **11:00 AM** has been postponed to **8/30/2022** at **11:00 AM** at the place originally set forth in the Notice of Trustee's Sale.

**YOU MAY NOT RECEIVE WRITTEN NOTICE OF POSTPONEMENT EACH TIME THE TRUSTEE'S SALE IS POSTPONED.  TO PROTECT YOUR INTEREST IN THE PROPERTY, IT IS IMPORTANT THAT YOU MONITOR ALL POSTPONEMENTS OF THE TRUSTEE'S SALE.**   You may monitor trustee's sale postponements by attending the scheduled trustee's sale at the place in the notice of trustee's sale and at the date and time in the most recent public declaration of postponement. While a public declaration at the time set for trustee's sale is the official method for postponing a trustee's sale, you can also obtain information about further trustee's sale postponements by calling (877) 440-4460 or through the following website: https://mkconsultantsinc.com/trustees-sales/ and by accepting the terms and conditions for that resource.   **UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE WITHOUT FURTHER NOTICE.**

**NOTICE TO TENANT:** You may have a right to purchase this property after the trustee auction pursuant to Section 2924m of the California Civil Code. If you are an "eligible tenant buyer," you can purchase the property if you match the last and highest bid placed at the trustee auction. If you are an "eligible bidder," you may be able to purchase the property if you exceed the last and highest bid placed at the trustee auction. There are three steps to exercising this right of purchase. First, 48 hours after the date of the trustee sale, you can call (877) 440-4460, or visit this internet website https://mkconsultantsinc.com/trustees-sales/, using the file number assigned to this case 21-5670 to find the date on which the trustee's sale was held, the amount of the last and highest bid, and the address of the trustee. Second, you must send a written notice of intent to place a bid so that the trustee receives it no more than 15 days after the trustee's sale. Third, you must submit a bid so that the trustee receives it no more than 45 days after the trustee's sale. If you think you may qualify as an "eligible tenant buyer" or "eligible bidder," you should consider contacting an attorney or appropriate real estate professional immediately for advice regarding this potential right to purchase.

Prestige Default Services, LLC, as authorized agent of the beneficiary

Briana Young, Trustee Sale Officer

| | |
|---|---|
| Postal Class: | First Class |
| Mail Date: | 07/27/2022 |
| Type of Mailing: | CAPPNTC |
| Attachment: | 0024288-01 000 20220726 Prestige000402 |

Sender: Prestige Default Services
1920 Old Tustin Ave.
Santa Ana CA 92705

2
(11)9690024833464856
LILIA EUYOGUE GALVAN
26438 KIPLING Place
Stevenson Ranch Area
Los Angeles , CA 91381

4
(11)9690024833464887
LILIA EUYOGUE GALVAN
26438 KIPLING PL
STEVENSON RANCH, CA 91381

6
(11)9690024833464894
LILIA EUYOGUE GALVAN
26438 KIPLING PLACE
STEVENSON RANCH, CA 91381-1140

8
(11)9690024833464924
LILIA E GALVAN
26438 KIPLING PLACE
STEVENSON RANCH, CA 91381-1140

10
(11)9690024833464948
LILIA E GALVAN
26438 KIPLING Place
Stevenson Ranch Area
Los Angeles , CA 91381

12
(11)9690024833464955
LILIA E GALVAN
26438 KIPLING PL
STEVENSON RANCH, CA 91381

14
(11)9690024833464979
LILIA EUYOGUE GALVAN
26438 WEST KIPLING PLACE
STEVENSON RANCH, CA 91381

16
(11)9690024833464986
LILIA E GALVAN
26438 WEST KIPLING PLACE
STEVENSON RANCH, CA 91381

18
(11)9690024833465006
Lilia Euyogue Galvan
26438 Kipling Place
Stevenson Ranch, CA 91381

20
(11)9690024833465020
Lilia Euyogue Galvan
26438 Kipling Place
Los Angeles, CA 91381-1140

22
(11)9690024833465037
Lilia Euyogue Galvan
26438 W. Kipling Place
Stevenson Ranch, CA 91381

24
(11)9690024833465051
Resident of the property subject to foreclosure sale
26438 KIPLING PL
STEVENSON RANCH, CA 91381

Postal Class:      Electronic - Ret
Mail Date:         07/27/2022                                   Sender: Prestige Default Services
Type of Mailing:   CAPPNTC                                      1920 Old Tustin Ave.
Attachment:        0024288-01 000 20220726 Prestige000402      Santa Ana CA 92705

1       71969002484070895357
        LILIA EUYOGUE GALVAN
        26438 KIPLING Place
        Stevenson Ranch Area
        Los Angeles , CA 91381

3       71969002484070895371
        LILIA EUYOGUE GALVAN
        26438 KIPLING PL
        STEVENSON RANCH, CA 91381

5       71969002484070895395
        LILIA EUYOGUE GALVAN
        26438 KIPLING PLACE
        STEVENSON RANCH, CA 91381-1140

7       71969002484070895418
        LILIA E GALVAN
        26438 KIPLING PLACE
        STEVENSON RANCH, CA 91381-1140

9       71969002484070895449
        LILIA E GALVAN
        26438 KIPLING Place
        Stevenson Ranch Area
        Los Angeles , CA 91381

11      71969002484070895456
        LILIA E GALVAN
        26438 KIPLING PL
        STEVENSON RANCH, CA 91381

13      71969002484070895470
        LILIA EUYOGUE GALVAN
        26438 WEST KIPLING PLACE
        STEVENSON RANCH, CA 91381

15      71969002484070895494
        LILIA E GALVAN
        26438 WEST KIPLING PLACE
        STEVENSON RANCH, CA 91381

17      71969002484070895500
        Lilia Euyogue Galvan
        26438 Kipling Place
        Stevenson Ranch, CA 91381

19      71969002484070895524
        Lilia Euyogue Galvan
        26438 Kipling Place
        Los Angeles, CA 91381-1140

21      71969002484070895548
        Lilia Euyogue Galvan
        26438 W. Kipling Place
        Stevenson Ranch, CA 91381

23      71969002484070895562
        Resident of the property subject to foreclosure sale
        26438 KIPLING PL
        STEVENSON RANCH, CA 91381

# EXHIBIT "3"

# DECLARATION OF MAILING

**iMailTracking, LLC**

9620 Ridgehaven Court, Suite A
San Diego, CA 92123

Reference No:          21-5670
Mailing Number:     0024903-01
Type of Mailing:      CAPPNTC

I, _____**Charlene Broussard**_____, declare as follows:

I am, and at all times herein mentioned, a citizen of the United States, over the age of eighteen years and a resident of San Diego County, California. I am not a party to the action/matter identified in the document(s) referenced below. My business address is iMailTracking, LLC, 9620 Ridgehaven Ct., Ste. A, San Diego, CA 92123.

At the request of Prestige Default Services on 8/17/2022, I deposited in the United States mail a copy of the attached document(s), in separate sealed envelopes, in accordance with the checked mailing classes listed below, postage prepaid, to the address list in Exhibit A which is attached hereto and made a part hereof.

☒ First Class
☐ Certified
☐ First Class with Certificate of Mailing
☐ Certified with Return Receipt
☐ Certified with Return Receipt and Restricted Delivery
☒ Certified with Electronic Return Receipt
☐ Registered
☐ Registered International

Additional Services provided during the production of this mail order (if any):

None

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date and Location: 8/17/2022 San Diego, California


Charlene Broussard, Mail Production Specialist, iMailTracking, LLC

Digital Declaration.doc                                                                                              Rev. 06/09/2020

**Prestige Default Services, LLC**
**1920 Old Tustin Ave.**
**Santa Ana, California 92705**
**949-427-2010**

### NOTICE TO BORROWER OF POSTPONEMENT OF TRUSTEE'S SALE

**August 17, 2022**

Re:    T.S. Number:        **21-5670**
      Property Address:    **26438 KIPLING PL**
                           **STEVENSON RANCH, CA 91381**

You are hereby notified that the above-referenced Trustee's Sale previously scheduled for **8/30/2022** at **11:00 AM** has been postponed to **11/29/2022** at **11:00 AM** at the place originally set forth in the Notice of Trustee's Sale.

**YOU MAY NOT RECEIVE WRITTEN NOTICE OF POSTPONEMENT EACH TIME THE TRUSTEE'S SALE IS POSTPONED.  TO PROTECT YOUR INTEREST IN THE PROPERTY, IT IS IMPORTANT THAT YOU MONITOR ALL POSTPONEMENTS OF THE TRUSTEE'S SALE.**   You may monitor trustee's sale postponements by attending the scheduled trustee's sale at the place in the notice of trustee's sale and at the date and time in the most recent public declaration of postponement. While a public declaration at the time set for trustee's sale is the official method for postponing a trustee's sale, you can also obtain information about further trustee's sale postponements by calling (877) 440-4460 or through the following website: https://mkconsultantsinc.com/trustees-sales/ and by accepting the terms and conditions for that resource.   **UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE WITHOUT FURTHER NOTICE.**

**NOTICE TO TENANT:** You may have a right to purchase this property after the trustee auction pursuant to Section 2924m of the California Civil Code. If you are an "eligible tenant buyer," you can purchase the property if you match the last and highest bid placed at the trustee auction. If you are an "eligible bidder," you may be able to purchase the property if you exceed the last and highest bid placed at the trustee auction. There are three steps to exercising this right of purchase. First, 48 hours after the date of the trustee sale, you can call (877) 440-4460, or visit this internet website https://mkconsultantsinc.com/trustees-sales/, using the file number assigned to this case 21-5670 to find the date on which the trustee's sale was held, the amount of the last and highest bid, and the address of the trustee. Second, you must send a written notice of intent to place a bid so that the trustee receives it no more than 15 days after the trustee's sale. Third, you must submit a bid so that the trustee receives it no more than 45 days after the trustee's sale. If you think you may qualify as an "eligible tenant buyer" or "eligible bidder," you should consider contacting an attorney or appropriate real estate professional immediately for advice regarding this potential right to purchase.

Prestige Default Services, LLC, as authorized agent of the beneficiary

Briana Young, Trustee Sale Officer

| | |
|---|---|
| Postal Class: | First Class |
| Mail Date: | 08/17/2022 |
| Type of Mailing: | CAPPNTC |
| Attachment: | 0024903-01 000 20220817 Prestige000402 |

Sender: Prestige Default Services
1920 Old Tustin Ave.
Santa Ana CA 92705

2
(11)9690024834679310
LILIA EUYOGUE GALVAN
26438 KIPLING Place
Stevenson Ranch Area
Los Angeles , CA 91381

4
(11)9690024834679341
LILIA EUYOGUE GALVAN
26438 KIPLING PL
STEVENSON RANCH, CA 91381

6
(11)9690024834679358
LILIA EUYOGUE GALVAN
26438 KIPLING PLACE
STEVENSON RANCH, CA 91381-1140

8
(11)9690024834679389
LILIA E GALVAN
26438 KIPLING PLACE
STEVENSON RANCH, CA 91381-1140

10
(11)9690024834679396
LILIA E GALVAN
26438 KIPLING Place
Stevenson Ranch Area
Los Angeles , CA 91381

12
(11)9690024834679426
LILIA E GALVAN
26438 KIPLING PL
STEVENSON RANCH, CA 91381

14
(11)9690024834679433
LILIA EUYOGUE GALVAN
26438 WEST KIPLING PLACE
STEVENSON RANCH, CA 91381

16
(11)9690024834679464
LILIA E GALVAN
26438 WEST KIPLING PLACE
STEVENSON RANCH, CA 91381

18
(11)9690024834679471
Lilia Euyogue Galvan
26438 Kipling Place
Stevenson Ranch, CA 91381

20
(11)9690024834679495
Lilia Euyogue Galvan
26438 Kipling Place
Los Angeles, CA 91381-1140

22
(11)9690024834679525
Lilia Euyogue Galvan
26438 W. Kipling Place
Stevenson Ranch, CA 91381

24
(11)9690024834679549
Resident of the property subject to foreclosure sale
26438 KIPLING PL
STEVENSON RANCH, CA 91381

| | |
|---|---|
| Postal Class: | Electronic - Ret |
| Mail Date: | 08/17/2022 |
| Type of Mailing: | CAPPNTC |
| Attachment: | 0024903-01 000 20220817 Prestige000402 |

Sender: Prestige Default Services
1920 Old Tustin Ave.
Santa Ana CA 92705

1   71969002484071262318
LILIA EUYOGUE GALVAN
26438 KIPLING Place
Stevenson Ranch Area
Los Angeles , CA 91381

3   71969002484071262332
LILIA EUYOGUE GALVAN
26438 KIPLING PL
STEVENSON RANCH, CA 91381

5   71969002484071262356
LILIA EUYOGUE GALVAN
26438 KIPLING PLACE
STEVENSON RANCH, CA 91381-1140

7   71969002484071262370
LILIA E GALVAN
26438 KIPLING PLACE
STEVENSON RANCH, CA 91381-1140

9   71969002484071262400
LILIA E GALVAN
26438 KIPLING Place
Stevenson Ranch Area
Los Angeles , CA 91381

11   71969002484071262424
LILIA E GALVAN
26438 KIPLING PL
STEVENSON RANCH, CA 91381

13   71969002484071262455
LILIA EUYOGUE GALVAN
26438 WEST KIPLING PLACE
STEVENSON RANCH, CA 91381

15   71969002484071262479
LILIA E GALVAN
26438 WEST KIPLING PLACE
STEVENSON RANCH, CA 91381

17   71969002484071262509
Lilia Euyogue Galvan
26438 Kipling Place
Stevenson Ranch, CA 91381

19   71969002484071262547
Lilia Euyogue Galvan
26438 Kipling Place
Los Angeles, CA 91381-1140

21   71969002484071262561
Lilia Euyogue Galvan
26438 W. Kipling Place
Stevenson Ranch, CA 91381

23   71969002484071262585
Resident of the property subject to foreclosure sale
26438 KIPLING PL
STEVENSON RANCH, CA 91381

# EXHIBIT "4"

# DECLARATION OF MAILING

**iMailTracking, LLC**
9620 Ridgehaven Court, Suite A
San Diego, CA  92123

Reference No:        21-5670
Mailing Number:      0027658-01
Type of Mailing:     CAPPNTC

I, _____**Charlene Broussard**_____, declare as follows:

I am, and at all times herein mentioned, a citizen of the United States, over the age of eighteen years and a resident of San Diego County, California. I am not a party to the action/matter identified in the document(s) referenced below. My business address is iMailTracking, LLC, 9620 Ridgehaven Ct., Ste. A, San Diego, CA 92123.

At the request of Prestige Default Services on 11/22/2022, I deposited in the United States mail a copy of the attached document(s), in separate sealed envelopes, in accordance with the checked mailing classes listed below, postage prepaid, to the address list in Exhibit A which is attached hereto and made a part hereof.

☒ First Class
☐ Certified
☐ First Class with Certificate of Mailing
☐ Certified with Return Receipt
☐ Certified with Return Receipt and Restricted Delivery
☒ Certified with Electronic Return Receipt
☐ Registered
☐ Registered International

Additional Services provided during the production of this mail order (if any):

None

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date and Location: 11/22/2022 San Diego, California

Charlene Broussard, Mail Production Specialist, iMailTracking, LLC

**Prestige Default Services, LLC**
**1920 Old Tustin Ave.**
**Santa Ana, California 92705**
**949-427-2010**

### NOTICE TO BORROWER OF POSTPONEMENT OF TRUSTEE'S SALE

**November 22, 2022**

Re:   T.S. Number:      **21-5670**
      Property Address:  **26438 KIPLING PL**
                        **STEVENSON RANCH, CA 91381**

You are hereby notified that the above-referenced Trustee's Sale previously scheduled for **11/29/2022** at **11:00 AM** has been postponed to **12/29/2022** at **11:00 AM** at the place originally set forth in the Notice of Trustee's Sale.

**YOU MAY NOT RECEIVE WRITTEN NOTICE OF POSTPONEMENT EACH TIME THE TRUSTEE'S SALE IS POSTPONED.  TO PROTECT YOUR INTEREST IN THE PROPERTY, IT IS IMPORTANT THAT YOU MONITOR ALL POSTPONEMENTS OF THE TRUSTEE'S SALE.**   You may monitor trustee's sale postponements by attending the scheduled trustee's sale at the place in the notice of trustee's sale and at the date and time in the most recent public declaration of postponement. While a public declaration at the time set for trustee's sale is the official method for postponing a trustee's sale, you can also obtain information about further trustee's sale postponements by calling (877) 440-4460 or through the following website: https://mkconsultantsinc.com/trustees-sales/ and by accepting the terms and conditions for that resource.   **UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE WITHOUT FURTHER NOTICE.**

**NOTICE TO TENANT:** You may have a right to purchase this property after the trustee auction pursuant to Section 2924m of the California Civil Code. If you are an "eligible tenant buyer," you can purchase the property if you match the last and highest bid placed at the trustee auction. If you are an "eligible bidder," you may be able to purchase the property if you exceed the last and highest bid placed at the trustee auction. There are three steps to exercising this right of purchase. First, 48 hours after the date of the trustee sale, you can call (877) 440-4460, or visit this internet website https://mkconsultantsinc.com/trustees-sales/, using the file number assigned to this case 21-5670 to find the date on which the trustee's sale was held, the amount of the last and highest bid, and the address of the trustee. Second, you must send a written notice of intent to place a bid so that the trustee receives it no more than 15 days after the trustee's sale. Third, you must submit a bid so that the trustee receives it no more than 45 days after the trustee's sale. If you think you may qualify as an "eligible tenant buyer" or "eligible bidder," you should consider contacting an attorney or appropriate real estate professional immediately for advice regarding this potential right to purchase.

Prestige Default Services, LLC, as authorized agent of the beneficiary

Briana Young, Trustee Sale Officer

| | |
|---|---|
| Postal Class: | First Class |
| Mail Date: | 11/22/2022 |
| Type of Mailing: | CAPPNTC |
| Attachment: | 0027658-01 000 20221122 Prestige000402 |

Sender: Prestige Default Services
1920 Old Tustin Ave.
Santa Ana CA 92705

2     (11)9690024840478594
LILIA E GALVAN
26438 KIPLING PLACE
STEVENSON RANCH, CA 91381-1140

4     (11)9690024840478631
Resident of the property subject to foreclosure sale
26438 KIPLING PL
STEVENSON RANCH, CA 91381

| | | |
|---|---|---|
| Postal Class: | Electronic - Ret | |
| Mail Date: | 11/22/2022 | Sender: Prestige Default Services |
| Type of Mailing: | CAPPNTC | 1920 Old Tustin Ave. |
| Attachment: | 0027658-01 000 20221122 Prestige000402 | Santa Ana CA 92705 |

1       71969002484072967489
        LILIA E GALVAN
        26438 KIPLING PLACE
        STEVENSON RANCH, CA 91381-1140

3       71969002484072967502
        Resident of the property subject to foreclosure sale
        26438 KIPLING PL
        STEVENSON RANCH, CA 91381

# EXHIBIT "5"

# DECLARATION OF MAILING

**iMailTracking, LLC**
9620 Ridgehaven Court, Suite A
San Diego, CA  92123

| | |
|---|---|
| Reference No: | 21-5670 |
| Mailing Number: | 0028178-01 |
| Type of Mailing: | CAPPNTC |

I, _____**Charlene Broussard**_____, declare as follows:

I am, and at all times herein mentioned, a citizen of the United States, over the age of eighteen years and a resident of San Diego County, California. I am not a party to the action/matter identified in the document(s) referenced below. My business address is iMailTracking, LLC, 9620 Ridgehaven Ct., Ste. A, San Diego, CA 92123.

At the request of Prestige Default Services on 12/16/2022, I deposited in the United States mail a copy of the attached document(s), in separate sealed envelopes, in accordance with the checked mailing classes listed below, postage prepaid, to the address list in Exhibit A which is attached hereto and made a part hereof.

☒ First Class
☐ Certified
☐ First Class with Certificate of Mailing
☐ Certified with Return Receipt
☐ Certified with Return Receipt and Restricted Delivery
☒ Certified with Electronic Return Receipt
☐ Registered
☐ Registered International

Additional Services provided during the production of this mail order (if any):

None

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date and Location: 12/16/2022 San Diego, California

Charlene Broussard, Mail Production Specialist, iMailTracking, LLC

**Prestige Default Services, LLC**
**1920 Old Tustin Ave.**
**Santa Ana, California 92705**
**949-427-2010**

### NOTICE TO BORROWER OF POSTPONEMENT OF TRUSTEE'S SALE

**December 16, 2022**

Re:   T.S. Number:      **21-5670**
      Property Address:  **26438 KIPLING PL**
                        **STEVENSON RANCH, CA 91381**

You are hereby notified that the above-referenced Trustee's Sale previously scheduled for **12/29/2022** at **11:00 AM** has been postponed to **2/28/2023** at **11:00 AM** at the place originally set forth in the Notice of Trustee's Sale.

**YOU MAY NOT RECEIVE WRITTEN NOTICE OF POSTPONEMENT EACH TIME THE TRUSTEE'S SALE IS POSTPONED.  TO PROTECT YOUR INTEREST IN THE PROPERTY, IT IS IMPORTANT THAT YOU MONITOR ALL POSTPONEMENTS OF THE TRUSTEE'S SALE.**   You may monitor trustee's sale postponements by attending the scheduled trustee's sale at the place in the notice of trustee's sale and at the date and time in the most recent public declaration of postponement. While a public declaration at the time set for trustee's sale is the official method for postponing a trustee's sale, you can also obtain information about further trustee's sale postponements by calling (877) 440-4460 or through the following website: https://mkconsultantsinc.com/trustees-sales/ and by accepting the terms and conditions for that resource.  **UNLESS YOU TAKE ACTION TO PROTECT YOUR PROPERTY, IT MAY BE SOLD AT A PUBLIC SALE WITHOUT FURTHER NOTICE.**

**NOTICE TO TENANT:** You may have a right to purchase this property after the trustee auction pursuant to Section 2924m of the California Civil Code. If you are an "eligible tenant buyer," you can purchase the property if you match the last and highest bid placed at the trustee auction. If you are an "eligible bidder," you may be able to purchase the property if you exceed the last and highest bid placed at the trustee auction. There are three steps to exercising this right of purchase. First, 48 hours after the date of the trustee sale, you can call (877) 440-4460, or visit this internet website https://mkconsultantsinc.com/trustees-sales/, using the file number assigned to this case 21-5670 to find the date on which the trustee's sale was held, the amount of the last and highest bid, and the address of the trustee. Second, you must send a written notice of intent to place a bid so that the trustee receives it no more than 15 days after the trustee's sale. Third, you must submit a bid so that the trustee receives it no more than 45 days after the trustee's sale. If you think you may qualify as an "eligible tenant buyer" or "eligible bidder," you should consider contacting an attorney or appropriate real estate professional immediately for advice regarding this potential right to purchase.

Prestige Default Services, LLC, as authorized agent of the beneficiary

Briana Young, Trustee Sale Officer

| | |
|---|---|
| Postal Class: | First Class |
| Mail Date: | 12/16/2022 |
| Type of Mailing: | CAPPNTC |
| Attachment: | 0028178-01 000 20221216 Prestige000402 |

Sender: Prestige Default Services
1920 Old Tustin Ave.
Santa Ana CA 92705

2    (11)9690024841891989
LILIA EUYOGUE GALVAN
26438 KIPLING Place
Stevenson Ranch Area
Los Angeles , CA 91381

4    (11)9690024841892016
LILIA EUYOGUE GALVAN
26438 KIPLING PL
STEVENSON RANCH, CA 91381

6    (11)9690024841892030
LILIA EUYOGUE GALVAN
26438 KIPLING PLACE
STEVENSON RANCH, CA 91381-1140

8    (11)9690024841892047
LILIA E GALVAN
26438 KIPLING PLACE
STEVENSON RANCH, CA 91381-1140

10    (11)9690024841892061
LILIA E GALVAN
26438 KIPLING Place
Stevenson Ranch Area
Los Angeles , CA 91381

12    (11)9690024841892092
LILIA E GALVAN
26438 KIPLING PL
STEVENSON RANCH, CA 91381

14    (11)9690024841892122
LILIA EUYOGUE GALVAN
26438 WEST KIPLING PLACE
STEVENSON RANCH, CA 91381

16    (11)9690024841892139
LILIA E GALVAN
26438 WEST KIPLING PLACE
STEVENSON RANCH, CA 91381

18    (11)9690024841892160
Lilia Euyogue Galvan
26438 Kipling Place
Stevenson Ranch, CA 91381

20    (11)9690024841892184
Lilia Euyogue Galvan
26438 Kipling Place
Los Angeles, CA 91381-1140

22    (11)9690024841892207
Lilia Euyogue Galvan
26438 W. Kipling Place
Stevenson Ranch, CA 91381

24    (11)9690024841892221
Resident of the property subject to foreclosure sale
26438 KIPLING PL
STEVENSON RANCH, CA 91381

| | |
|---|---|
| Postal Class: | Electronic - Ret |
| Mail Date: | 12/16/2022 |
| Type of Mailing: | CAPPNTC |
| Attachment: | 0028178-01 000 20221216 Prestige000402 |

Sender: Prestige Default Services
1920 Old Tustin Ave.
Santa Ana CA 92705

1    71969002484073410540
LILIA EUYOGUE GALVAN
26438 KIPLING Place
Stevenson Ranch Area
Los Angeles , CA 91381

3    71969002484073410557
LILIA EUYOGUE GALVAN
26438 KIPLING PL
STEVENSON RANCH, CA 91381

5    71969002484073410595
LILIA EUYOGUE GALVAN
26438 KIPLING PLACE
STEVENSON RANCH, CA 91381-1140

7    71969002484073410625
LILIA E GALVAN
26438 KIPLING PLACE
STEVENSON RANCH, CA 91381-1140

9    71969002484073410656
LILIA E GALVAN
26438 KIPLING Place
Stevenson Ranch Area
Los Angeles , CA 91381

11   71969002484073410687
LILIA E GALVAN
26438 KIPLING PL
STEVENSON RANCH, CA 91381

13   71969002484073410700
LILIA EUYOGUE GALVAN
26438 WEST KIPLING PLACE
STEVENSON RANCH, CA 91381

15   71969002484073410748
LILIA E GALVAN
26438 WEST KIPLING PLACE
STEVENSON RANCH, CA 91381

17   71969002484073410762
Lilia Euyogue Galvan
26438 Kipling Place
Stevenson Ranch, CA 91381

19   71969002484073410793
Lilia Euyogue Galvan
26438 Kipling Place
Los Angeles, CA 91381-1140

21   71969002484073410816
Lilia Euyogue Galvan
26438 W. Kipling Place
Stevenson Ranch, CA 91381

23   71969002484073410854
Resident of the property subject to foreclosure sale
26438 KIPLING PL
STEVENSON RANCH, CA 91381

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
1920 Old Tustin Ave, Santa Ana, 92705

A true and correct copy of the foregoing document entitled (*specify*): Opposition to debtors' motion in individual case for order imposing stay or continuing the automatic stay as the court deems appropriate will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 03/14/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Nancy K Curry (TR)     TrusteeECFMail@gmail.com
- Donald E Iwuchuku     donaldiwuchuku@gmail.com, r60703@notify.bestcase.com
- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 03/14/2023, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Lilia Euyoque Galvan
26438 W. Kipling Pl.
Stevenson Ranch, CA 91381

☐ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/14/2023 | Maben May | /s/ Maben May |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                  **F 9013-3.1.PROOF.SERVICE**